UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MERRICK L. HARRIS, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 05-2003 (SRC) |
| | : | |
| v. | : | |
| | : | ORDER |
| PUBLIC SERVICE ELECTRIC AND GAS COMPANY, | : | |
| | : | |
| Defendant. | : | |

**CHESLER**, District Judge

      This matter having come before the Court upon the Motion for Reconsideration filed by Defendant Public Service Electric & Gas Company ("PSE&G") (docket item # 37) of this Court's discovery Order of October 13, 2006; and the Court having considered the papers filed in connection with this motion; and the Court having decided to adjudicate the motion based on the papers submitted pursuant to Federal Rule of Civil Procedure 78; and for the reasons expressed in the Opinion filed herewith; therefore,

      **IT IS** on this 24th day of January, 2007,

      **ORDERED** that PSE&G's motion for reconsideration (docket item # 37) be and hereby is **DENIED**.

                                       s/ Stanley R. Chesler
                                       STANLEY R. CHESLER
                                       United States District Judge